DORIS M. WILLCOX, an Infant, by BERTRAM W. WILLCOX, Her Guardian ad Litem, Appellant, *v.* COUNTY OF ERIE, Respondent.

BERTRAM W. WILLCOX, Appellant, *v.* COUNTY OF ERIE, Respondent.

Submitted October 18, 1937; decided October 19, 1937.

*Harold J. Adams* for motion.

No one opposed.

Motion granted and appeals dismissed, with costs and ten dollars costs of motion, unless appellants file and serve undertaking on appeal and pay ten dollars costs within ten days, in which event the motion is denied.